To whom it may concern,

I would like to motion District Court 3A to grant me special access to the courts Case Management/Electronic Case Files (CM/ECF) for Cause Number 4:24-cv-002805. I cannot afford an attorney, so I must represent myself. With my advanced Parkinson's, I'm limited in what I can do to earn money.

Respectfully,

Thomas San Miguel
13151 Walden Rd. #113
Montgomery, TX 77356
903-312-5391
Tommysanmiguel@yahoo.com

United States Courts
Southern District of Texas
FILED

OCT 07 2024

Nathan Ochsner, Clerk of Court