United States District Court
Southern District of Texas
**ENTERED**
October 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, §<br>§<br>*Plaintiff*, §<br>§<br>VS. §<br>§<br>THOMAS SAN MIGUEL, §<br>§<br>*Defendant*. § | CIVIL ACTION NO. 4:24-CV-02805 |

## ORDER

Before the Court is pro se Defendant Thomas San Miguel's Motion to Access the Electronic Case Filing System. ECF No. 8. The Motion is conditionally **GRANTED**. Miguel is cautioned that the Court may revoke his privilege to use the electronic filing system at any time. By accepting this privilege, Miguel agrees to the following conditions:

1. Miguel will maintain familiarity with the technical and procedural requirements as they are adopted by the Court;

2. Use of Miguel's login and password constitutes his signature on documents filed electronically for purposes of the Federal Rules of Civil Procedure;

3. Miguel is responsible for all use of his login and password, whether authorized or not; and

4. By registering, Miguel consents to electronic service of documents and notices through the Court's Electronic Case Filing System and waives service by other means.

Miguel may electronically file all documents in this case, subject to revocation by the Court should he misfile documents, use improper ECF event codes, or for other reasons that the Court finds sufficient for revocation. The Clerk of the Court is directed to issue login credentials to Defendant.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 8th day of October, 2024.

Keith P. Ellison
United States District Judge