**Cause Number** 4:24-CV-002805

SECURITIES AND EXCHANGE COMMISSION

**Plaintiff**

**VS**

3A

_Court Number_

☒ District Court
☐ County Court at Law
☐ Justice Court (JP)

THOMAS SAN MIGUEL

HARRIS County, **Texas**

**Defendant**

# Defendant's Answer

### 1. Defendant's Information

My name is Thomas San Miguel. I am the Defendant in this Case.

The last three numbers of my driver's license number are 016. My driver's license was issued in Texas.

The last three numbers of my social security number are 649.

### 2. General Denial

*Texas Rules of Civil Procedure Rule 92*

I enter a general denial.

I request notice of all hearings in this case

### 3. Specific Pleas Made Under Penalty of Perjury

I make the following specific pleas under penalty of perjury:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### 4. Affirmative Defenses

*Read Texas Rules of Civil Procedure Rule 94 for a list of affirmative defenses. Ask a lawyer which affirmative defenses apply to your case.*

*Note: An affirmative defense is an independent reason that the Plaintiff should not win the lawsuit. If an affirmative defense is successful you could win the lawsuit, even if what the Plaintiff says is true. If you file an answer and do not claim an affirmative defense, you may forever give up that defense.*

I claim the affirmative defenses checked below:

| | | |
|---|---|---|
| ☐ accord and satisfaction | ☐ estoppel | ☐ license |
| ☐ arbitration and award | ☐ failure of consideration | ☐ release |
| ☐ assumption of risk | ☐ fraud | ☐ res judicata |
| ☐ contributory negligence | ☐ illegality | ☐ statute of frauds |
| ☐ discharge in bankruptcy | ☐ injury to fellow servant | ☐ statute of limitations |
| ☐ duress | ☐ laches | ☐ waiver |

☐ I already paid the debt sued for. I paid $ _____ to _____

on _____ by _____.
   *(date)*          *(check, cash, etc.)*

Write any other details regarding payment of the debt here:

_____

_____

☐ I also claim these additional affirmative defenses:

_____

_____

_____

_____.

I reserve the right to file an *Amended Defendant's Answer* with the Court to plead additional verified pleas, affirmative defenses and claims, cross-claims or third-party claims, as applicable, after further investigation and discovery.

## 5. Request for Judgment

I ask that Plaintiff take nothing from this lawsuit. I ask for costs of court. I ask for such other and further relief, at law or in equity, to which I may be justly entitled.

Respectfully submitted,

| | |
|---|---|
| *Defendant's Signature* | Date    9-30-2024 |
| Thomas San M. guel | Phone    936 780 9935 |
| *Defendant's Printed Name* | |
| 13151 Walden Rd #113 | City Montgomery   State TX   Zip 77356 |
| *Mailing Address* | Fax # (if available) ——— |
| Email: tommy sanmiguel @ yahoo.com | |

I understand that I must let the Court, the Plaintiff's lawyer (or the Plaintiff if the Plaintiff does not have a lawyer), and any other party or lawyer in this case know in writing if my mailing address or email address changes during this case. If I don't, any notices about this case will be sent to me at the mailing address or email address on this form.

## 6. Unsworn Declaration Made Under Penalty of Perjury

I make this unsworn declaration under penalty of perjury in place of verification as allowed by Texas Civil Practices and Remedies Code Section 132.001.

My name is: ___Thomas___ ___San Miguel___ ___Jr.___.
              First            Middle         Last

My date of birth is: __12__ / __30__ / __1967__ .
                 Month   Day   Year

My address is: 13151 Walden Rd #113 Montgomery, TX 77356 USA.
               Street Address     City     State    Zip Code   Country

I declare **under penalty of perjury** that: 1) I am the Defendant in this case, 2) I have read this *Defendant's Answer*, and 3) the statements in this *Defendant's Answer* are within my personal knowledge and are true and correct. I understand that it is a crime to lie on this form.

Formally signed **under penalty of perjury** in ___Montgomery___ County, ___Texas___ ,
                                          County             State

on this date: __9__ / __30__ / __2024__.
           Month   Day   Year

*Defendant's Signature*

## 7. Certificate of Service

I certify that a copy of this document was delivered to the Plaintiff's lawyer or the Plaintiff (if the Plaintiff does not have a lawyer) on the same day this document was filed with (turned in to) the Court as follows: *(Check one.)*

☒ through the electronic file manager if this document is being filed electronically

☐ by certified mail, return receipt requested

☐ by fax, to fax # _____

☐ by personal delivery

☐ by email to this email address: _____

▶ _____          9-30-2024

**Defendant's Signature**                                    Date