IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § § § *Plaintiff*, § § **v.** § § **THOMAS SAN MIGUEL,** § § *Defendant.* § § | Case No.: 4:24-cv-2805 |

### ORDER

Pending before the Court is the parties' Joint Motion to Stay Litigation ("Motion"). ECF No. 14. Having considered the Motion, the Court is of the opinion that it should be GRANTED. Therefore, it is hereby:

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this proceeding, including the deadlines set forth in the Scheduling/Docket Control Order (ECF No. 12), is stayed until otherwise ordered by the Court.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 13th day of June, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE